**United States District Court**
**Northern District of Alabama**
**Southern Division**

03 JAN -9 PM 1:40

DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| **Alan Rogers,** | ] | |
| | ] | |
| Plaintiff(s), | ] | |
| | ] | |
| vs. | ] | CV-01-N-1751-S |
| | ] | |
| **Eastern Health System, Inc.,** | ] | |
| | ] | |
| Defendant(s). | ] | |

**ENTERED**

JAN 0 9 2003

**Memorandum of Opinion**

This cause comes before the court upon review of the Report and Recommendation of the United States Magistrate Judge, dated November 22, 2002, regarding defendant Eastern Health System Inc.'s motion for summary judgment. (Doc. #30). The Magistrate's report recommended summary judgment on the grounds that (1) the plaintiff failed to prove a prima facie case under the FMLA or to produce evidence that his termination was causally related to his protected activity of taking leave under the FMLA and (2) that the plaintiff failed to prove a prima facie case under Section 510 of ERISA.

The parties to this action did not consent to the exercise of final jurisdiction by the magistrate under 28 U.S.C. § 636 (c). (Doc. #6). Therefore, the court has reviewed the Magistrate's Report *de novo*. 28 U.S.C. § 636 (b)(1). In the Magistrate's Report, however, he informed the parties that objections were to be filed within fifteen (15) days of the court's ruling. (Doc. #30). It is now well past the fifteen-day deadline and the court has received no objections. After performing a searching review the court finds that the

recommendation of the Magistrate is due to be affirmed and will do so in an appropriate order entered contemporaneously herewith.

Done, this 7th of January, 2003.

Edwin Nelson
United States District Judge